**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE REDFIELD,<br><br>Plaintiff,<br><br>v.<br><br>STONEMOR INC., JOSEPH M. REDLING, ANDREW AXELROD, SPENCER E. GOLDENBERG, DAVID MILLER, STEPHEN NEGROTTI, KEVIN PATRICK, AND PATRICIA WELLENBACH,<br><br>Defendants. | Case No. 1:22-cv-07237 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 7, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*